IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GGNSC CAMP HILL WEST SHORE, LP, d/b/a GOLDEN LIVING CENTER - WEST SHORE**, *et al.*, | : CIVIL ACTION NO. 1:15-CV-445 :<br>: (Chief Judge Conner) |
| **Petitioners** | |
| v. | |
| **SHIRLEY MAE THOMPSON, by and through her Attorney-in-Fact, MICHELLE MULLEN,** | |
| **Respondent** | |

## ORDER

AND NOW, this 28th day of April, 2015, upon consideration of the petition (Doc. 1) to compel arbitration and enjoin related state court proceedings under the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 *et seq.*, filed by GGNSC Camp Hill West Shore LP d/b/a Golden Living Center West Shore, GPH Camp Hill West Shore, LP, Golden Gate National Senior Care, LLC, GGNSC Holdings, LLC, GGNSC Equity Holdings, LLC, GGNSC Administrative Services, LLC, GGNSC Clinical Services, LLC, and Golden Gate Ancillary LLC, (collectively, "GGNSC"), and the response (Doc. 17) thereto filed by respondent Shirley Mae Thompson ("Thompson"), by and through her attorney-in-fact, Michelle Mullen, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. GGNSC's petition (Doc. 1) is GRANTED to the limited extent it seeks an order staying Thompson's pending state court action.

2. The state court action pending in the Court of Common Pleas of Cumberland County, Pennsylvania, captioned <u>Shirley Mae Thompson v. GGNSC Camp Hill West Shore, LP d/b/a Golden Living Center West Shore, et al.</u>, and appearing at civil division docket number 2015-00851, is STAYED pending further order of this court.

3. GGNSC's petition (Doc. 1) is DENIED without prejudice to the extent it seeks an order immediately compelling enforcement of the parties' Alternative Dispute Resolution Agreement ("ADR Agreement").

4. The parties shall have sixty (60) days from the date of this order to conduct discovery limited to the validity and enforceability of the ADR Agreement. At the close thereof, GGNSC may renew its petition to compel arbitration if warranted. Briefing with respect to said petition shall proceed according to the Local Rules of Court governing motions for summary judgment. <u>See</u> LOCAL RULES OF COURT 7.1-7.8.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania