IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GGNSC CAMP HILL WEST SHORE, LP, d/b/a GOLDEN LIVING CENTER WEST SHORE,** *et al.*, :    **Petitioners**    v.    **SHIRLEY MAE THOMPSON, by and through her Attorney-in-Fact, MICHELE MULLEN,**    **Respondent** | : CIVIL ACTION NO. 1:15-CV-445 : : (Chief Judge Conner) |

## ORDER

AND NOW, this 22nd day of June, 2016, upon consideration of the renewed motion (Doc. 24) to compel arbitration filed by petitioners (collectively, "GGNSC"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The renewed motion (Doc. 24) is GRANTED.

2. The parties shall forthwith proceed to arbitrate respondent's claims currently pending in the Court of Common Pleas of Cumberland County, Pennsylvania, captioned <u>Shirley Mae Thompson v. GGNSC Camp Hill West Shore, LP d/b/a Golden Living Center West Shore, et al.</u>, and appearing at civil division docket number 2015-00851.

3. This action is DISMISSED, and the Clerk of Court is directed to CLOSE this case.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania